UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| XAVIER QUINTANA AND BRIGETTE QUINTANA, ON BEHALF OF THEIR MINOR CHILD, XAVIER MANUEL QUINTANA | * * * * * | CIVIL ACTION<br><br>NO.: 24-CV-01127<br><br>JUDGE:  JAMES D. CAIN, JR. |
| versus | * * * | MAGISTRATE JUDGE: THOMAS P. LEBLANC |
| D.R. HORTON, INC. – GULF COAST; D.R. HORTON, INC; BELL MECHANICAL SERVICES, LLC; AND BELL MECHANICAL HOLDINGS,LLC | * * * | |

## CONSENT MOTION FOR ENTRY OF ORDER COMPELLING ARBITRATION AND STAYING CASE UNDER 9 U.S.C. § 3

NOW INTO COURT, through undersigned counsel, come defendants D.R. Horton, Inc. – Gulf Coast and D.R. Horton, Inc. (collectively, "the D.R. Horton Defendants"), and, with the consent of counsel for all parties, move this Court to enter the attached Consent Order granting the D.R. Horton Defendants' Motion Compel Arbitration and staying this case pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3.  The D.R. Horton Defendants further show as follows:

1.

On August 30, 2024, the D.R. Horton Defendants filed their Motion to Compel Arbitration and Stay Pending Arbitration.  Doc. 12.  Thereafter, on September 17, 2024, the other defendants, Bell Mechanical Services, LLC and Bell Mechanical Holdings, LLC (collectively, "the Bell Mechanical Defendants"), filed pleadings joining in and adopting the D.R. Horton Defendants' Motion to Compel Arbitration.  Docs. 16, 18.

6510854

2.

On September 20, 2024, counsel for the plaintiffs, Xavier Quintana and Brigette Quintana, on behalf of their minor child, Xavier Manuel Quintana, notified counsel for the D.R. Horton Defendants that the plaintiffs have decided to consent to arbitration of this case.

3.

Therefore, with the consent of all parties, the D.R. Horton Defendants respectfully move the Court to enter the attached Consent Order granting the D.R. Horton Defendants' Motion to Compel Arbitration and staying this case until the arbitration has been had pursuant to 9 U.S.C. § 3.

4.

As set forth in the below Certificate of Counsel, undersigned counsel certifies that counsel for both the plaintiffs and the Bell Mechanical Defendants have reviewed and approved the content and form of this Consent Motion and the attached proposed Consent Order.

**CERTIFICATION OF COUNSEL**

James A. Brown, counsel for the D.R. Horton Defendants, certifies to the Court that counsel for both the plaintiffs and the Bell Mechanical Defendants have reviewed and approved the content and form of this Consent Motion and the attached proposed Order.

> */s/James A. Brown*
> James A. Brown

WHEREFORE, the D.R. Horton Defendants, with the consent of counsel for all parties, respectfully move the Court to enter the Consent Order attached hereto and filed herewith.

Respectfully submitted,

/s/ James A. Brown
James A. Brown (Bar #14101)
Charles B. Wilmore (Bar #28812)
Sheri L. Corales (Bar # 37643)
Melanie Derefinko (Bar # 37658)
Ellie George (Bar #39891)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
jabrown@liskow.com
cbwilmore@liskow.com
scorales@liskow.com
mderefinko@liskow.com
egeorge@liskow.com

***Attorneys for  D.R. Horton, Inc – Gulf Coast and D.R. Horton, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and service on counsel of record for all parties.

/s/ James A. Brown