UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| XAVIER QUINTANA AND BRIGETTE QUINTANA, ON BEHALF OF THEIR MINOR CHILD, XAVIER MANUEL QUINTANA<br><br>versus<br><br>D.R. HORTON, INC. – GULF COAST; D.R. HORTON, INC; BELL MECHANICAL SERVICES, LLC; AND BELL MECHANICAL HOLDINGS, LLC | CIVIL ACTION<br><br>NO.: 24-CV-01127<br><br>JUDGE: JAMES D. CAIN, JR.<br><br>MAGISTRATE JUDGE: THOMAS P. LEBLANC |

**CONSENT ORDER COMPELLING ARBITRATION
AND STAYING CASE UNDER 9 U.S.C. § 3**

CONSIDERING THE FOREGOING Consent Motion for Order Compelling Arbitration and Staying Case Under 9 U.S.C. § 3, and with the consent of all parties,

IT IS ORDERED THAT the Motion to Compel Arbitration and Stay Pending Arbitration filed by D.R. Horton, Inc. – Gulf Coast and D.R. Horton, Inc. (Doc. 12), and joined in and adopted by Bell Mechanical Services, LLC and Bell Mechanical Holdings, LLC (Docs. 16, 18), be and is hereby GRANTED.

IT IS FURTHER ORDERED, pursuant to 9 U.S.C. § 3, that this case be and is hereby STAYED until arbitration has been had in accordance with the terms and procedures set forth in the Real Estate Purchase Contract executed by Xavier Quintana and D.R. Horton, Inc. – Gulf Coast, and the Independent Contractor Agreement executed by D.R. Horton, Inc. – Gulf Coast and Bell Mechanical Services, LLC.

IT IS FURTHER ORDERED that this case shall be administratively closed, to be reopened as necessary to address any motion relative to any arbitral award, pursuant to the Federal Arbitration Act.

THUS DONE AND SIGNED in Chambers this 25th day of September, 2024.

James D. Cain, Jr.
United States District Judge